United States District Court
Northern District of New York

| | | |
|---|---|---|
| DAVID G., | ) | Case 5:24-cv-00530-GTS-MJK |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN,[1] | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
|     *Defendant*. | ) | |

**<u>Parties' Stipulation for Remand</u>**

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer Plaintiff an opportunity for a hearing, take further action as necessary to complete the administrative record, and issue a new decision on whether Plaintiff was disabled prior to August 6, 2023. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| CAROLYN COLVIN, | DAVID G. |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, | Justin Goldstein |
| United States Attorney | |
| | |
| */s/ Shannon Fishel* | */s/ Justin Goldstein* |
| Shannon Fishel | Justin Goldstein |
| Special Assistant United States Attorney | Hiller Comerford Injury & Disability Law |
| Office of Program Litigation, Office 2 | Attorney for Plaintiff |
| Office of the General Counsel | 6000 N. Bailey Ave., Suite 1A |
| Social Security Administration | Amherst, NY 14226 |

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

6401 Security Boulevard  
Baltimore, MD 21235  
(404) 562-1076  
Shannon.Fishel@ssa.gov

(716) 564-3288  
jgoldstein@hillercomerford.com

IT IS SO ORDERED:

Glenn T. Suddaby  
U.S. District Judge

Dated: 1/28/2025  
Syracuse, NY