United States District Court
Northern District of New York

| | | |
|---|---|---|
| DAVID GUNTHER, | ) | Case 5:24-cv-00530 |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LELAND DUDEK,[1] | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin Goldstein, attorney for Plaintiff, that the Commissioner of Social Security pay to Plaintiff attorney fees in the amount of $7,323.14, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: March 17, 2025

Respectfully Submitted,

LELAND DUDEK                                              DAVID GUNTHER.

By His Attorneys,                                              By His Attorney,

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| Daniel Hanlon,<br>  Acting United States Attorney | Justin Goldstein |
| */s/ Shannon Fishel*<br>Shannon Fishel<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(404) 562-1076<br>Shannon.Fishel@ssa.gov | */s/ Justin Goldstein*<br>Justin Goldstein, Esq.<br>Law Offices of Kenneth Hiller<br>Attorney for Plaintiff<br>6000 N. Bailey Ave., Suite 1A<br>Amherst, NY 14226<br>(716) 564-3288<br>jgoldstein@hillercomerford.com |

IT IS SO ORDERED:

*[signature]*
Glenn T. Suddaby
U.S. District Judge

Dated: March 21, 2025
Syracuse, NY